

BLANK ROME, LLP
Attorneys for Plaintiff
FAR EASTERN SHIPPING COMPANY PLC
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KARAS**

**'07 CIV 4055**

FAR EASTERN SHIPPING COMPANY PLC,

    Plaintiff,

-against-

TOUS LES ATOUTS S.A.R.L.,

    Defendant.

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff FAR EASTERN SHIPPING COMPANY PLC certifies that, according to information provided to counsel by its clients, FAR EASTERN SHIPPING COMPANY PLC is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           May 23, 2007

                                  BLANK ROME, LLP
                                  Attorneys for Plaintiff
                                  FAR EASTERN SHIPPING COMPANY PLC

                                  By _____
                                      Thomas H. Belknap, Jr. (TB-3188)
                                  The Chrysler Building
                                  405 Lexington Ave.
                                  New York, NY 10174-0208
                                  (212) 885-5000