BLANK ROME, LLP
Attorneys for Plaintiff
FAR EASTERN SHIPPING COMPANY PLC
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAR EASTERN SHIPPING COMPANY PLC,

    Plaintiff,

-against-

TOUS LES ATOUTS S.A.R.L.,

    Defendant.

07 Civ. 4055 (KMK)

**ORDER APPOINTING
PROCESS SERVER**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Thomas H. Belknap, Jr., Esq., that such appointment will result in substantial economies in time and expense,

    NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

May 23, 2007

900200.00001/6545913v.1

So ordered
Loretta A. Preska
USDJ

Dated:    New York, New York
          May     , 2007

                                        SO ORDERED:

                                        _____
                                        U.S.D.J.

                                        A CERTIFIED COPY
                                        J. MICHAEL McMAHON,         CLERK
                                        BY _____
                                              DEPUTY CLERK

## SCHEDULE A

1. ABN Amro Bank N.V.
2. American Express Bank Ltd.
3. Bank of America, N.A.
4. The Bank of New York
5. Barclay's Bank
6. BNP Paribas
7. Citibank, N.A.
8. HSBC Bank USA
9. JP Morgan Chase Bank, N.A.
10. Societe Generale
11. Standard Chartered Bank
12. Wachovia Bank, N.A. – New York
13. Wells Fargo Bank, National Association