CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAR EASTERN SHIPPING COMPANY PLC,         :
                                          :
                         Plaintiff,       :     **07-CV-4055**
                                          :
            v.                            :     **NOTICE OF**
                                          :     **APPEARANCE**
TOUS LES ATOUTS S.A.R.L.,                 :
                                          :
                         Defendant.       :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.


Dated: North Bergen, New Jersey
   June 18, 2007

              CLARK, ATCHESON & REISERT
              Attorneys for Garnishee
              Société Générale New York Branch


     By: _____
        Richard J. Reisert (RR-7118)
        7800 River Road
        North Bergen, NJ  07047
        Tel: (201) 537-1200
        Fax: (201) 537-1201
        Email:  reisert@navlaw.com