BLANK ROME LLP
COUNSELORS AT LAW

MEMO ENDORSED

Phone: (212) 885-5270
Fax: (917) 332-3795
Email: TBelknap@BlankRome.com




September 19, 2007

**BY HAND**

Hon. Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re: Far Eastern Shipping Company PLC v. Tous Les Atouts S.A.R.L.
S.D.N.Y 07 CIV. 4055 (RJS)
Our Ref. No. 601650-00602

Dear Judge Sullivan:

We represent plaintiff Far Eastern Shipping Company in the above referenced action. This is a maritime claim seeking attachment of defendant's funds in New York pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims. The Court has previously issued an order of attachment, and we are continuing to serve banks in New York with the attachment order in the hope of obtaining security prior to service of the complaint as allowed by Rule B. To date, no funds have been attached.

The 120 day period for service of the complaint under Fed.R.Civ.P. 4(m) would expire on September 20, 2007. By the terms of that section, the 120 day period does not apply to service in a foreign country, and we believe the proper view of this rule is that the 120 day service period does not apply in this case. We are not aware of any decisions specifically addressing the application of this rule in the context of a Rule B action, however, and so out of an abundance of caution, we therefore request that this service period be extended for an additional 120 days. If, in the meantime, plaintiff is successful in attaching funds, then Local Civil Rule B.2 requires that plaintiff give "prompt notice" of the attachment to the defendant and Rule E(4)(f) allows the defendant to request a "prompt hearing" on the propriety of the attachment.





We thank the Court for its attention to this matter. Please feel free to contact the undersigned if you have any questions or require additional information.

Very truly yours,

Thomas H. Belknap, Jr.

THB:eb

So ordered.

USDJ

9/20/07