*Sullivan, J*

BLANK ROME, LLP
Attorneys for Plaintiff
FAR EASTERN SHIPPING COMPANY PLC
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAR EASTERN SHIPPING COMPANY PLC,

    Plaintiff,

-against-

TOUS LES ATOUTS S.A.R.L.,

    Defendant.

07 Civ. 4055 (RJS)

**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT**

---

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, TOUS LES ATOUTS, under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         December 27, 2007

>   BLANK ROME, LLP
>   Attorneys for Plaintiff
>   FAR EASTERN SHIPPING COMPANY PLC
>
>   By _____
>   Thomas H. Belknap, Jr. (TB-3188)
>   The Chrysler Building
>   405 Lexington Ave.
>   New York, NY 10174-0208
>   (212) 885-5000

SO ORDERED:

_____
U.S.D.J.
1/2/08