UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|20|09
```

FAR EASTERN SHIPPING COMPANY,
PLC,

Plaintiff,

-v-

No. 07 Civ. 4055 (RJS)
ORDER

TOUS LES ATOUTS S.A.R.L., *et al.*,

Defendants.

RICHARD J. SULLIVAN, District Judge:

Upon Plaintiff's April 16, 2009 application pursuant to Federal Rule of Civil Procedure 41(a)(1), it is HEREBY ORDERED THAT this action be dismissed without prejudice. Any garnishees holding funds pursuant to the Writ of Maritime Attachment and Garnishment previously issued in this matter are directed to release those funds.

It is FURTHER ORDERED THAT any subsequent action commenced in this District related to the same operative facts and maritime claim shall include a copy of this Order and be referred to the undersigned as a related case.

Dated:     April 17, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE